IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AMBER L. LAWTON, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>  Commissioner of Social Security, )<br>)<br>  Defendant. ) | Civil Action No. 7:16-cv-00521<br><br>By: Elizabeth K. Dillon<br>     United States District Judge |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is hereby ORDERED that:

1. The February 26, 2018 report and recommendation (Dkt. No. 21) is ADOPTED;

2. The plaintiff's motion for summary judgment (Dkt. No. 14) is DENIED;

3. The commissioner's motion for summary judgment (Dkt. No. 16) is GRANTED;

4. The commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all counsel of record.

Entered: March 21, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge